1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| SAUL LeFORT, | Case No.: 1:14-CV-01897-NJV |
| Plaintiff, | Hon. Nandor J. Vadas |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
| INVESTMENT GROUP OF BOCA, INC., dba CHARGE CARD SYSTEMS, INC., | |
| Defendant. | |

– 1 –

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

1. The deadlines set forth in the Initial Case Management Order are continued by a minimum of thirty (30) days.

2. The Initial Case Management Conference is continued from July 22, 2014 at 2:00 p.m. to August 26, 2014.

3. At least fourteen (14) days prior to the continued Initial Case Management Conference, the parties shall: (a) meet and confer regarding initial disclosures, early settlement, ADR process selection, and a proposed discovery plan; (b) file the ADR certification; and (c) file either a stipulation to ADR process or notice of need for ADR phone conference.

4. At least seven (7) days prior to the continued Initial Case Management Conference, the parties shall file a joint Rule 26(f) report and complete their initial disclosures.

DATED: July 11, 2014

The Honorable Nandor J. Vadas
UNITED STATES MAGISTRATE JUDGE