# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL LEFORT; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br>Plaintiff, <br><br>vs. <br><br>INVESTMENT GROUP OF BOCA, INC., dba CHARGE CARD SYSTEMS, INC.; FINANCIAL TRANSACTION SERVICES, LLC, dba CARDCONNECT; and PRINCETON PAYMENT SOLUTIONS, LLC, dba CARDCONNECT, <br><br>Defendants. | ) Case No. 1:14-CV-01897-NJV <br> ) <br> ) ORDER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued from August 26, 2014, at 2:00 p.m. to October 7, 2014, at 2:00 p.m. in Courtroom D, 450 Golden Gate Avenue, San Francisco, CA.

Dated this 25 day of August, 2014

_____
The Honorable Nandor J. Vadas
United States Magistrate Judge