UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SAUL LEFORT,<br><br>    Plaintiff,<br><br>  v.<br><br>PRINCETON PAYMENT SOLUTIONS, LLC, *et al*.,<br><br>    Defendants. | Case No. 14-cv-01897-NJV<br><br>**ORDER**<br><br>Re: Dkt. No. 29 |

Pursuant to the Notice of Settlement (Doc. 29), it is

ORDERED that the Case Management Conference, currently set for October 7, 2014, and all associated deadlines are CANCELD.  Further it is

ORDERED that Plaintiff shall, *on or before November 28, 2014*, file a Notice of Voluntary Dismissal.

**IT IS SO ORDERED**.

Dated: September 30, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge